## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC. | ) ) ) |
| Plaintiff, | ) ) Case No. |
| v. | ) **COMPLAINT FOR DECLARATORY** |
| | ) **AND INJUNCTIVE RELIEF AND CIVIL** |
| SIMS GROUP USA CORPORATION, SIMS GROUP USA HOLDINGS CORPORATION, SMM NEW ENGLAND CORPORATION | ) **PENALTIES** ) ) ) |
| Defendants | ) ) |

## <u>INTRODUCTION</u>

1.      Stormwater runoff from industrial facilities, including scrap metal yards, is a major source of toxic pollutants in urban areas. At these sites, rainwater flows over piles of scrap metal, carrying heavy metal pollution into rivers, streams, and groundwater, and operations at the facilities disperse metal dust that pollutes the air and waterways.

2.      To protect public health and the environment, EPA and state environmental agencies issue general permits requiring industrial facilities to implement stormwater pollution controls and keep heavy metal pollution out of discharges. Facilities that do not comply with their industrial stormwater permits expose communities to toxic runoff.

3.      This action is a citizen suit brought under Section 505 of the Federal Water Pollution Control Act ("Clean Water Act" or "CWA,"), 33 U.S.C. § 1365(a), to address Clean Water Act violations involving industrial stormwater runoff at two scrap metal facilities in North Haven and New Haven, Connecticut ("the Facilities").

1

4.     The Facilities are owned and operated by SMM New England Corporation, Sims Group USA Corporation, Sims Group USA Holdings Corporation, and their agents, directors, and officers (collectively, "Sims" or "Defendants").

5.     Sims is discharging pollutants including mercury, polychlorinated biphenyls (PCBs), chemical oxygen demand (COD), total suspended solids (TSS), total Kjeldahl nitrogen (TKN), nitrate, zinc, semi-volatile hydrocarbons, iron, copper, and lead from the Facilities into receiving waters that include the Little River, the Quinnipiac River, and the West River.

6.     Sims' discharges from the North Haven Facility are subject to the Connecticut General Permits for the Discharge of Stormwater Associated with Industrial Activity (the "Industrial Stormwater General Permits" or "ISGPs").

7.     Sims has discharged and continues to discharge stormwater associated with its industrial activities from the North Haven Facility into waters of the United States in violation of the ISGPs by: (1) failing to take required corrective actions; (2) failing to follow required procedures for minimizing pollutant discharges; (3) contributing to the receiving waters' failure to meet water quality standards and their impairments; and (4) failing to comply with monitoring and reporting requirements.

8.     Sims has discharged and continues to discharge industrial stormwater from the New Haven Facility without authorization from any National Pollutant Discharge Elimination System (NPDES) Permit.

9.     Conservation Law Foundation ("CLF") seeks declaratory judgment, injunctive relief, and other relief with respect to the Facilities' violations of the ISGPs, Section 301(a) of the Clean Water Act, 33 U.S.C. § 1311(a), and applicable regulations.

## JURISDICTION AND VENUE

10.    Plaintiff brings this civil suit under the citizen suit provision of Section 505 of the Clean Water Act, 33 U.S.C. § 1365.

11.    This Court has subject matter jurisdiction over the parties and this action pursuant to Section 505(a)(1) of the Clean Water Act, 33 U.S.C. § 1365(a)(1); 28 U.S.C. § 1331 (an action arising under the Constitution and laws of the United States); and 28 U.S.C. §§ 2201 and 2202 (declaratory judgment).

12.    On October 10, 2024, Plaintiff notified Sims and its agents of its intention to file suit for violations of the Clean Water Act, in compliance with the statutory notice requirements of Section 505(b)(1)(A) of the Clean Water Act, 33 U.S.C. § 1365(b)(1)(A), and the corresponding regulations located at 40 C.F.R. § 135.2.

13.    A true and accurate copy of Plaintiff's Notice Letter ("Notice Letter") is appended as Exhibit 1. The Notice Letter is incorporated herein by reference.

14.    Each Defendant and their registered agent received the Notice Letter.

15.    Plaintiff also sent copies of the Notice Letter to the Administrator of the United States Environmental Protection Agency ("EPA"), the Regional Administrator of EPA Region 1, the Department of Justice Citizen Suit Coordinator, and the Commissioner of the Connecticut Department of Energy and Environmental Protection ("CT DEEP").

16.    Each of the addressees identified in the preceding paragraph received the Notice Letter.

17.    A copy of each return receipt is attached as Exhibit 2.

18.    More than sixty days have elapsed since Plaintiff mailed its Notice Letter, during which time neither EPA nor the State of Connecticut has commenced an action to redress the violations alleged in this Complaint. 33 U.S.C. § 1365(b)(1)(B).

19.     The Clean Water Act violations alleged in the Notice Letter are of a continuing nature, ongoing, or reasonably likely to re-occur.

20.     Venue is proper in the United States District Court for the District of Connecticut pursuant to Section 505(c)(1) of the Clean Water Act, 33 U.S.C. § 1365(c)(1), because the sources of the violations are located within this judicial district.

## **PARTIES**

Plaintiff

21.     Plaintiff, Conservation Law Foundation ("CLF"), is a nonprofit, member-supported, regional environmental advocacy organization.

22.      CLF has over 5,806 members, including over 279 members in Connecticut.

23.     CLF's members use and enjoy the waters of Connecticut, including the Little River, the Quinnipiac River, and the West River, for recreational and aesthetic purposes, including but not limited to boating, swimming, fishing, birdwatching, and observing wildlife.

24.      CLF's members include individuals who live and spend time near the Little River, the Quinnipiac River, and the West Rivers.

Defendants

25.     Defendants have operated and continue to operate a scrap metal facility located at 234 Universal Drive in North Haven, Connecticut (the "North Haven Facility").

26.     Defendants have operated and continue to operate a scrap metal facility located at 808 Washington Avenue in New Haven, Connecticut (the "New Haven Facility").

27.     Defendants are responsible for ensuring that the New Haven and North Haven Facilities operate in compliance with the Clean Water Act.

28.     Defendants are all persons as defined by Section 502(5) of the Clean Water Act, 33 U.S.C. § 1362(5).

29.    Defendant Sims Group USA Corporation is incorporated under the laws of Delaware.

30.    Sims Group USA Corporation participates in and exercises control over the operations and activities of SMM New England Corporation.

31.    Employees of Sims Group USA Corporation actively participate in and/or exercise control over the operation of the Facilities.

32.    Sims Group USA Corporation exercises control over the environmental compliance of the Facilities, including their compliance with the Clean Water Act.

33.    Sims Group USA Corporation is liable for the Clean Water Act violations occurring at the Facilities.

34.    Defendant Sims Group USA Holdings Corporation is incorporated under the laws of Delaware.

35.    Sims Group USA Holdings Corporation participates in and exercises control over the operations and activities of SMM New England Corporation.

36.    Employees of Sims Group USA Holdings Corporation actively participate in and/or exercise control over the operation of the Facilities.

37.    Sims Group USA Holdings Corporation exercises control over the environmental compliance of the Facilities, including their compliance with the Clean Water Act.

38.    Sims Group USA Holdings Corporation is liable for the Clean Water Act violations occurring at the Facilities.

39.    Defendant SMM New England Corporation is incorporated under the laws of Delaware.

40.    SMM New England Corporation is a wholly owned subsidiary of Sims Group USA Corporation and Sims Group USA Holdings Corporation.

41.    Defendants are subsidiaries of Sims Limited, a publicly traded company headquartered in

Australia.

42.     Sims Group USA Corporation, Sims Group USA Holdings Corporation, and SMM New England Corporation own and/or operate the Facilities and have operated them since at least 2019.

## STATUTORY AND REGULATORY BACKGROUND

The Clean Water Act

43.     The objective of the Clean Water Act is "to restore and maintain the chemical, physical and biological integrity of the Nation's waters." 33 U.S.C. § 1251(a).

44.     The Clean Water Act prohibits the addition of any pollutant to navigable waters from any point source except as authorized by a NPDES permit applicable to that point source. 33 U.S.C. §§ 1311(a) and 1342.

45.     Under the Clean Water Act's implementing regulations, the "discharge of a pollutant" is defined as "[a]ny addition of any 'pollutant' or combination of pollutants to 'waters of the United States' from any 'point source.'" 40 C.F.R. § 122.2; *see also* 33 U.S.C. § 1362(12).

46.     A "pollutant" is any "solid waste," "chemical wastes, biological materials," "wrecked or discarded equipment, rock, sand," and "industrial . . . waste" discharged into water. 33 U.S.C. § 1362(6).

47.      The Clean Water Act defines navigable waters as "the waters of the United States, including the territorial seas." 33 U.S.C. § 1362(7).

48.     "Waters of the United States" are defined by EPA regulations to include, *inter alia*, all tributaries to interstate waters. 40 C.F.R. § 120.2.

49.     "Point source" is defined broadly to include, "any discernible, confined and discrete conveyance, including but not limited to any pipe, ditch, channel, tunnel, [or] conduit . . . from

which pollutants are or may be discharged." 33 U.S.C. § 1362(14).

50.    Section 402 of the CWA requires that NPDES permits be issued for stormwater

discharges associated with industrial activities. 33 U.S.C. §§ 1342(a)(1), 1342(p)(2),

1342(p)(3)(A), 1342(p)(4), 1342(p)(6).

51.    The Clean Water Act authorizes citizen enforcement actions against any "person" who is

alleged to be in violation of an "effluent standard or limitation . . . or an order issued by the

Administrator or a State with respect to such a standard or limitation." 33 U.S.C. § 1365(a)(1).

52.    An "effluent limitation" is "any restriction established by a State or the Administrator on

quantities, rates, and concentrations of chemical, physical, biological, and other constituents

which are discharged from point sources into navigable waters, the waters of the contiguous

zone, or the ocean, including schedules of compliance." 33 U.S.C. § 1362(11).

53.    Such enforcement action under Section 505(a)(1) of the Clean Water Act includes an

action seeking remedies for unauthorized discharges under Section 301 of the Clean Water Act,

33 U.S.C § 1311, as well as for violations of a permit condition under Section 505(f), 33 U.S.C.

§ 1365(f).

54.    Each separate violation of the Clean Water Act subjects the violator to a penalty of up to

the maximum amount allowed pursuant to Sections 309(d) and 505(a) of the Clean Water Act,

33 U.S.C. §§ 1319(d), 1365(a). *See also* 40 C.F.R. §§ 19.1–19.4.

<u>The Industrial Stormwater General Permits</u>

55.    The ISGPs regulate stormwater discharges from industrial facilities and are issued by CT

DEEP pursuant to Sections 402(a) and 402(p) of the CWA. 33 U.S.C. §§ 1342(a), 1342(p).

56.    The most recent Industrial Stormwater General Permit took effect on October 1, 2019.

The current ISGP was reissued without modification and took effect on October 1, 2021.[1]

57.    The reissued ISGP was automatically administratively continued following its September 30, 2024 expiration and remains in effect.

58.    The ISGPs require that Sims assures that its activities that result in stormwater discharges are conducted in accordance with the conditions of the ISGPs. ISGPs at 17.

Connecticut's Surface Water Quality Regulations.

59.    The Industrial Stormwater General Permits require that "stormwater discharge shall not cause or contribute to an exceedance of the applicable Water Quality Standards in the receiving water." *Id.* at 18.

60.    Connecticut surface water quality standards address deposits, floating matter, odor, color, taste, turbidity, and undesirable or nuisance species of aquatic life. R.C.S.A. §§ 22a-426-1–22a-426-3(l)(D) (Nov. 21, 2015).

61.    Connecticut surface water quality standards require that all surface waters "where attainable, [maintain] the level of water quality that provides for the protection and propagation of fish, shellfish, and wildlife and recreation in and on the water shall be achieved." R.C.S.A. § 22a-426-4(a)(1).

62.    Connecticut surface water quality standards require that Class B waters

> shall be free from floating, suspended and settleable solids in concentrations and combinations that would impair any use assigned to this Class, that would cause aesthetically objectionable conditions, or that would impair the benthic biota or degrade the chemical composition of the bottom.

R.C.S.A. § 22a-426-9(a)(1), Table 1.

---

[1] CT DEEP, *General Permit for Discharge of Stormwater Associated with Industrial Activity* (effective Oct. 1, 2021), https://portal.ct.gov/-/media/deep/water_regulating_and_discharges/stormwater/industrial/20210316-industrial-general-permit-as-is-renewal---cleansigned.pdf [hereinafter "CT ISGPs"].

63.     Connecticut surface water quality standards require that Class B waters shall be free from color and turbidity in concentrations or combinations that are aesthetically objectionable or would impair any use assigned to this Class. *Id.*

64.     Connecticut's surface water quality standards for Class B waters prohibit discharge of solid refuse, floating solids, oils and grease, and scum that exceed levels necessary to protect and maintain all designated uses. *Id.*

65.     Connecticut's surface water quality standards require that Class B waters shall contain no taste or odor "that would impair any uses specifically assigned." *Id.*

## **FACTUAL BACKGROUND**

The Waterbodies Affected by the Facilities' Discharges

*The Little and Quinnipiac Rivers*

66.     The North Haven Facility discharges pollutants into the Little River.

67.     The Little River is an outlet of the Quinnipiac River and is designated as waterbody segment CT-C1_014-SB in Connecticut.

68.     The Little River was listed as impaired in 2020 for all its designated uses, including impairment to fish and wildlife habitat from dissolved oxygen, enterococcus, nutrients, oil and grease, and PCB.

69.     The probable sources contributing to the impairment of the Little River include industrial point source discharge, non-point sources, urban stormwater, and wet weather discharges.

70.     The Little River and the Quinnipiac River are Class B waterbodies.

71.     The Little River and the Quinnipiac Rivers' designated uses include habitat for fish, other aquatic and wildlife, as well as primary and secondary contact recreation.

72.     The Little River and the Quinnipiac River are navigable waters within the meaning of the Clean Water Act.

*The West River*

73.     The New Haven Facility discharges pollutants into the West River at waterbody segment CT-C1_015-SB.

74.     The West River was listed as an impaired water on the 2022 impaired waters list issued by CT DEEP (the 303(d) list) for aesthetic use, recreation, and natural habitats due to dissolved oxygen, nutrients, oil and grease.

75.     The sources of impairment for the West River include industrial discharge, non-point sources, urban stormwater and wet weather discharges.

76.     The West River is a Class B waterbody.

77.     The West River's designated uses include fish consumption, habitat for marine fish, other aquatic life and wildlife, and recreation.

78.     The West River is a navigable water within the meaning of the Clean Water Act.

The Industrial Stormwater General Permits

79.     Sims has discharged and continues to discharge stormwater associated with industrial activities from the North Haven Facility into waters of the United States.

80.     The ISGPs classify Sims' activities at the North Haven Facility within Sector E: Scrap Recycling Facilities. ISGPs at 46–47.

81.     At the North Haven Facility, Sims receives, processes, and distributes non-source separated, non-liquid recyclable wastes, including ferrous and nonferrous metals. *Id*. at 47.

82.     Sims has been required to comply with the ISGPs at the North Haven Facility since October 1, 2019. *Id*. at 11–12.

83.     To receive authorization to discharge industrial stormwater under the ISGP, prospective permittees must file a completed registration with CT DEEP. *Id*. at 11.

84.     Under the ISGPs, facilities engaging in industrial activity that certify that there are no materials exposed to stormwater (a "No Exposure Certification form") may be exempted from the ISGP's registration, control measure, Stormwater Pollution Prevention Plan, inspection, monitoring, and recordkeeping requirements. *Id*.

*Sims' Stormwater Pollution Prevention Plan*

85.     The ISGPs require Sims to develop and maintain a Stormwater Pollution Prevention Plan ("SWPPP") for the North Haven Facility pursuant to specific requirements. *Id*. at 23–30.

86.     The ISGPs require Sims to amend the North Haven Facility's SWPPP according to the requirements in the ISGPs. *Id*. at 29.

*Sims' Required Corrective Actions Under the ISGPs*

87.     Sims is required to take corrective actions following any "triggering event" when (1) the average of four semiannual monitoring values exceeds the benchmark or an exceedance is mathematically certain, (2) it is necessary to address significant sources or potential sources of pollution identified as a result of any inspection or visual monitoring, or (3) the actions required by the SWPPP fail to ensure or adequately protect against pollution of surface waters. *Id*. at 29, 31, 33.

88.     Sims is subject to the ISGPs' sector-specific benchmarks for Sector E facilities. *Id*. at 49–50.

89.     Sims is subject to the following standard monitoring benchmarks in the ISGPs: 75 milligrams per liter (mg/L) for COD, 5 mg/L for total oil and grease, 5–9 standard units for pH, 90 mg/L for TSS, 0.40 mg/L for total phosphorus, 2.30 mg/L for TKN, 1.10 mg/L for nitrate as nitrogen, 0.059 mg/L for total copper, 0.076 mg/L for total lead, and 0.160 mg/L for total zinc. *Id*. at 32.

90.    The sector-specific benchmarks applicable to Sims are: 1.0 mg/L for total iron, 0.0014 mg/L for total mercury, and 0.75 mg/L for total aluminum. *Id*. at 50.

91.    Following any of the triggering events described in Paragraph 87, Sims is required to: 1) review and revise the SWPPP so that the ISGPs' effluent limits are met, and pollutant discharges are minimized and 2) immediately take all reasonable steps necessary to minimize or prevent the discharge of pollutants until a permanent solution is installed and made operational. *Id*. at 33.

*Sims' Pollutant Control Requirements Under the Industrial Stormwater General Permits*

92.    The ISGPs require Sims to "reduce and/or eliminate [the discharge of pollutants] to the extent achievable using control measures that are technologically available and economically practicable and achievable in light of best industry practice." *Id*. at 18.

93.    The ISGPs require Sims to "establish procedures to minimize the potential of any residual fluids from coming into contact with precipitation or runoff." *Id*. at 47.

94.    The ISGPs require Sims to "maintain a clean, orderly facility (e.g. sweeping at regular intervals, appropriate storage practices, proper garbage and waste management, dust control measures, etc.) in all areas that are exposed to rainfall and are potential sources of pollutants." *Id*. at 18.

95.    The ISGPs require Sims to conduct "inspection and maintenance of stormwater management devices (e.g. cleaning stormwater treatment devices, catch basins)." *Id*. at 19.

96.    The ISGPs require Sims to implement control measures like "sediment traps, vegetated swales and strips, catch basin filters, and sand filters to facilitate settling or filtering of pollutants." *Id*. at 47.

97.    The ISGPs require that Sims "regularly inspect equipment for spills or leaks and malfunctioning, worn, or corroded parts or equipment" and "establish a preventive maintenance

program for processing equipment." *Id*. at 48.

98.     The ISGPs require Sims to "minimize the potential for leaks and spills . . . [and] identify procedures for containing, reporting and cleaning up spills." *Id*. at 20.

99.     The ISGPs require Sims to identify areas that have a potential for soil erosion due to topography, activities, or other factors, and to implement measures to limit erosion and stabilize such areas. *Id*. at 19.

100.    The ISGPs require Sims to "divert uncontaminated stormwater run-on away from potential pollutant sources by means of interceptor or diversion controls." *Id*. at 40.

101.    The ISGPs require Sims to "ensure that off-site vehicle tracking of sediments and the generation of dust . . . be minimized." *Id.*

102.    Sims is required to conduct routine facility inspections at least semi-annually. *Id*. at 30.

103.    The ISGPs require that inspections include a visual inspection and evaluations of control measures, and "should be made during rainfall events if possible." *Id.*

*Sims' Sector-Specific Pollutant Control Requirements Under the ISGPs*

104.    The ISGPs require Sims to minimize the chance of accepting materials that could be significant sources of pollutants by conducting inspections of inbound recyclables and waste materials and through implementation of control measures. *Id*. at 47.

105.    The ISGPs require Sims to minimize contact of stormwater and/or stormwater runoff with stockpiled materials, processed materials, and non-recyclable wastes through implementation of control measures. *Id*. at 47–48.

106.    The ISGPs require Sims to minimize contact of residual liquids and particulate matter from materials stored indoors or under cover with stormwater and/or surface runoff through implementation of control measures. *Id.*

13

107.    The ISGPs require Sims to minimize the contact of stormwater and/or surface runoff with scrap processing equipment and minimize the contact of accumulated particulate matter and residual fluids with stormwater and/or runoff. *Id.*

108.    The ISGPs require Sims to implement control measures to "minimize or eliminate (if possible) exposure of scrap lead-acid batteries to precipitation or runoff." *Id*. at 48–49.

*Sims State Water Quality Standards Requirements*

109.    Sims is required to control its stormwater discharges as to not "cause or contribute to an exceedance of the applicable Water Quality Standards in the receiving water." *Id*. at 18.

110.    The ISGPs require that if Sims becomes aware that its discharge does not meet applicable water quality standards or its stormwater discharge will not be controlled as necessary such that the receiving water will not meet an applicable water quality standard, Sims must take corrective action(s) and document the corrective action(s). *Id*. at 33.

111.    If Sims finds that its control measures are not achieving their intended effect of minimizing pollutant discharges to meet applicable water standards or any of the other non-numeric effluent limits in the ISGPs, Sims must modify these control measures per the corrective action requirements. *Id*. at 29.

*Sims' Monitoring and Reporting Requirements Under the ISGPs*

112.    The ISGPs require Sims to "conduct stormwater outfall monitoring." *Id*. at 30.

113.    Sims must conduct monitoring once between October 1 and March 31 and once between April 1 and September 30. The two monitoring events must be separated by at least 30 days. *Id*. at 31.

114.    Sims is required to conduct semi-annual benchmark monitoring for COD, oil and grease, pH, TSS, phosphorus, nitrogen, nitrate, copper, lead, zinc, semi-volatile hydrocarbons, and PCBs. *Id*. at 31–32, 50.

14

115.    Sims is required to conduct quarterly benchmark monitoring for iron, mercury, and aluminum. *Id*. at 49.

116.    When adverse weather conditions, such as dry weather, prevent the collection of stormwater discharge samples, Sims must take a substitute sample during the next qualifying storm event. *Id*. at 38.

117.    Once each quarter for the entire ISGP term, Sims must collect a stormwater sample from each outfall and conduct a visual assessment of each of these samples. *Id*. at 31.

118.    Sims "must visually inspect or observe the [stormwater] sample [quarterly] for the following water quality characteristics: color; odor; clarity; floating solids; settled solids; suspended solids; foam; oil sheen; and other obvious indicators of stormwater pollution." *Id.*

119.    If Sims is unable to collect a stormwater sample to fulfil its visual monitoring requirements, it must document such inability in its SWPPP. *Id*. at 38–39.

120.    If Sims is unable to collect a stormwater sample to fulfill its benchmark monitoring requirements, it must "submit the Stormwater Monitoring Report form in accordance with the 'Reporting Requirements' section (Section 5(*h*)(3)) with a notation of 'no discharge' and an explanation of the limitations restricting the collection of an appropriate sample." *Id*. at 38.

121.    Sims is required to report all results of monitoring conducted pursuant to the ISGPs to CT DEEP on the Stormwater Monitoring Report form within 90 days of the sampling date. *Id*. at 68.

The Facilities' Operations and Discharges

122.    Sims collects and/or processes raw scrap metal, including salvaged vehicles, rail cars, household scrap and appliances, industrial machinery, manufacturing scrap, and construction and demolition scrap at the Facilities.

123.    Sims receives unprocessed scrap metal at the Facilities, which it stores in uncovered piles on-site that are exposed to precipitation and snowmelt.

124.    Sims' processing activities include crushing, torching, shearing, shredding, separating, sorting, and/or baling of scrap metal.

125.    Most of Sims' processing activities are conducted outdoors.

126.    Processed metal is stored at the Facilities in uncovered bales that are exposed to precipitation and snowmelt.

127.    Sims uses the Facilities to store petroleum hydrocarbons onsite, including bulk fuel storage in aboveground storage tanks that are exposed to precipitation and snowmelt.

128.    Upon information and belief, spills, leaks, and/or slicks of oil, grease, petroleum hydrocarbons, and/or fuel at the Facilities have been exposed to precipitation and snowmelt.

129.    Processed and unprocessed scrap metal, end-of-life vehicles, machinery, equipment, oil, fuel, and chemical storage tanks, batteries, and vehicles are exposed to precipitation and snowmelt at the Facilities.

130.    Precipitation and snowmelt at the Facilities become contaminated with heavy metals, dust and solids, organic contaminants including fuel and oil, trash, and other pollutants associated with the Facilities' operations.

131.    The sources of pollutants associated with industrial operations at the Facilities include: unprocessed scrap metal including end-of-life vehicles, appliances, machinery, and other scrap; bales of processed scrap metal; machines and equipment left outdoors; and vehicles driving on and off the Facilities.

132.    Pollutants associated with industrial operations at the Facilities include, but are not limited to: heavy metals, suspended solids, debris, solvents, dust, low density waste (floatables), oil, fuel, trash, and other pollutants associated with the Facilities' operations.

133.    During every measurable precipitation event and every instance of snowmelt, water flows

onto and over exposed materials and accumulated pollutants at the Facilities, generating stormwater runoff.

134.    Precipitation above 0.1 inches during a 24-hour period constitutes a measurable precipitation event. 40 C.F.R. § 122.26(c)(1)(i)(E)(6).

135.    Stormwater runoff from the Facilities is collected, channeled, and conveyed via site grading, slopes, site infrastructure, the operation of gravity, and other conveyances into waters of the United States.

136.    Upon information and belief, the North Haven Facility's SWPPP has not been reviewed or revised following triggering events or changes at the facility.

137.    Sims discharges pollutants including but not limited to semi-volatile hydrocarbons, copper, lead, iron, zinc, TKN, COD, and PCBs from Outfalls 2 and 3 at the North Haven Facility.

138.    Upon information and belief, Sims discharges and will continue to discharge pollutants including but not limited to semi-volatile hydrocarbons, copper, lead, iron, zinc, TKN, COD, and PCBs from one or more point sources at the New Haven Facility.

### **DEFENDANTS' VIOLATIONS OF THE CLEAN WATER ACT**

Effluent and Water Quality Standards Violations

*Pollutant: Total Kjeldahl Nitrogen*

139.    Sims has discharged TKN from the North Haven Facility every quarter for which monitoring was conducted since the fourth quarter of 2019.

140.    On 12 occasions between the fourth quarter of 2019 and the third quarter of 2024, Sims discharged concentrations of TKN higher than the ISGPs' benchmark value for TKN of 2.3 mg/L from the North Haven Facility, as detailed in the below table.

| Par. No. | Pollutant Criteria | Monitoring Period End Date | Outfall | Benchmark Value | Measured Value | Type of Allowance | Limit Exceedance Percent |
|---|---|---|---|---|---|---|---|
| 141. | TKN | 12/31/2019 | 2 | 2.3 mg/L | 3.9 mg/L | Maximum | 170% |
| 142. | TKN | 6/30/2020 | 2 | 2.3 mg/L | 3.7 mg/L | Maximum | 161% |
| 143. | TKN | 12/31/2020 | 2 | 2.3 mg/L | 4.5 mg/L | Maximum | 196% |
| 144. | TKN | 6/30/2021 | 2 | 2.3 mg/L | 3.8 mg/L | Maximum | 165% |
| 145. | TKN | 12/31/2021 | 2 | 2.3 mg/L | 16 mg/L | Maximum | 696% |
| 146. | TKN | 6/30/2022 | 2 | 2.3 mg/L | 13 mg/L | Maximum | 565% |
| 147. | TKN | 3/31/2023 | 2 | 2.3 mg/L | 5.5 mg/L | Maximum | 239% |
| 148. | TKN | 6/30/2023 | 2 | 2.3 mg/L | 3.5 mg/L | Maximum | 152% |
| 149. | TKN | 12/31/2023 | 2 | 2.3 mg/L | 3.1 mg/L | Maximum | 135% |
| 150. | TKN | 3/31/2024 | 2 | 2.3 mg/L | 2.7 mg/L | Maximum | 117% |
| 151. | TKN | 6/27/2024 | 2 | 2.3 mg/L | 5.6 mg/L | Maximum | 243% |
| 152. | TKN | 9/27/2024 | 2 | 2.3 mg/L | 7.7 mg/L | Maximum | 335% |

153.    On ten occasions since the fourth quarter of 2019, Sims' average of four quarterly TKN samplings results from the North Haven Facility have exceeded the ISGPs' benchmark value of 2.3 mg/L, as detailed in the below table.

154.    On ten occasions since the fourth quarter of 2019, Sims has triggered the ISGPs' corrective action requirements at the North Haven Facility through four-quarter average TKN sampling results that exceeded the ISGPs' benchmark.

| Par. No. | Pollutant Criteria | Date Corrective Action Triggered | Outfall | Benchmark Value | Average of Four Previous Measurements |
|---|---|---|---|---|---|
| 155. | TKN | 4/15/2021 | 2 | 2.3 mg/L | 3.975 mg/L |
| 156. | TKN | 11/12/2021 | 2 | 2.3 mg/L | 7 mg/L |
| 157. | TKN | 6/22/2022 | 2 | 2.3 mg/L | 9.325 mg/L |
| 158. | TKN | 3/28/2023 | 2 | 2.3 mg/L | 9.575 mg/L |
| 159. | TKN | 6/28/2023 | 2 | 2.3 mg/L | 9.5 mg/L |
| 160. | TKN | 9/18/2023 | 2 | 2.3 mg/L | 5.875 mg/L |
| 161. | TKN | 12/18/2023 | 2 | 2.3 mg/L | 3.4 mg/L |
| 162. | TKN | 3/28/2024 | 2 | 2.3 mg/L | 2.7 mg/L |
| 163. | TKN | 6/27/2024 | 2 | 2.3 mg/L | 3.225 mg/L |
| 164. | TKN | 9/27/2024 | 2 | 2.3 mg/L | 4.775 mg/L |

*Pollutant: Iron*

165.    Sims has discharged iron from the North Haven Facility every quarter for which monitoring was conducted since the fourth quarter of 2019.

166.    On 15 occasions between the fourth quarter of 2019 and the second quarter of 2024, Sims

has discharged concentrations of iron higher than the ISGPs' benchmark value for iron of 1 mg/L from the North Haven Facility, as detailed in the below table.

| Par. No. | Pollutant Criteria | Monitoring Period End Date | Outfall | Benchmark Value | Measured Value | Type of Allowance | Limit Exceedance Percent |
|---|---|---|---|---|---|---|---|
| 167. | Iron | 12/31/2019 | 2 | 1 mg/L | 8.1 mg/L | Maximum | 810% |
| 168. | Iron | 6/30/2020 | 2 | 1 mg/L | 3.7 mg/L | Maximum | 370% |
| 169. | Iron | 9/30/2020 | 2 | 1 mg/L | 15 mg/L | Maximum | 1,500% |
| 170. | Iron | 12/31/2020 | 2 | 1 mg/L | 11 mg/L | Maximum | 1,100% |
| 171. | Iron | 6/30/2021 | 2 | 1 mg/L | 6.5 mg/L | Maximum | 650% |
| 172. | Iron | 9/30/2021 | 2 | 1 mg/L | 2.1 mg/L | Maximum | 210% |
| 173. | Iron | 12/31/2021 | 2 | 1 mg/L | 28 mg/L | Maximum | 2,800% |
| 174. | Iron | 3/31/2022 | 2 | 1 mg/L | 13 mg/L | Maximum | 1,300% |
| 175. | Iron | 6/30/2022 | 2 | 1 mg/L | 19 mg/L | Maximum | 1,900% |
| 176. | Iron | 3/31/2023 | 2 | 1 mg/L | 7.3 mg/L | Maximum | 730% |
| 177. | Iron | 9/30/2023 | 2 | 1 mg/L | 8.3 mg/L | Maximum | 830% |
| 178. | Iron | 12/31/2023 | 2 | 1 mg/L | 7.1 mg/L | Maximum | 710% |
| 179. | Iron | 3/31/2024 | 2 | 1 mg/L | 12 mg/L | Maximum | 1,200% |
| 180. | Iron | 6/27/2024 | 2 | 1 mg/L | 12 mg/L | Maximum | 1,200% |
| 181. | Iron | 9/27/2024 | 2 | 1 mg/L | 18 mg/L | Maximum | 1,800% |

182.    On 12 occasions since the fourth quarter of 2019, Sims' average of four quarterly iron samplings results at the North Haven Facility have exceeded the ISGPs' benchmark value of 1 mg/L, as detailed in the below table.

183.    On 12 occasions since the fourth quarter of 2019, Sims has triggered the ISGPs' corrective action requirements at the North Haven Facility through four-quarter average iron sampling results that exceeded the ISGPs' benchmark.

| Par. No. | Pollutant Criteria | Date Corrective Action Triggered | Outfall | Benchmark Value | Average of Four Previous Measurements |
|---|---|---|---|---|---|
| 184. | Iron | 10/12/2020 | 2 | 1 mg/L | 9.45 mg/L |
| 185. | Iron | 4/15/2021 | 2 | 1 mg/L | 9.05 mg/L |
| 186. | Iron | 7/25/2021 | 2 | 1 mg/L | 8.65 mg/L |
| 187. | Iron | 11/12/2021 | 2 | 1 mg/L | 11.9 mg/L |
| 188. | Iron | 3/12/2022 | 2 | 1 mg/L | 12.4 mg/L |
| 189. | Iron | 6/22/2022 | 2 | 1 mg/L | 15.525 mg/L |
| 190. | Iron | 3/28/2023 | 2 | 1 mg/L | 16.825 mg/L |
| 191. | Iron | 9/18/2023 | 2 | 1 mg/L | 11.9 mg/L |
| 192. | Iron | 12/18/2023 | 2 | 1 mg/L | 10.425 mg/L |
| 193. | Iron | 3/28/2024 | 2 | 1 mg/L | 8.675 mg/L |
| 194. | Iron | 6/27/2024 | 2 | 1 mg/L | 9.85 mg/L |

| 195. | Iron | 9/27/2024 | 2 | 1 mg/L | 12.275 mg/L |

*Pollutant: Zinc*

196.    The North Haven Facility quarterly discharge monitoring reports show that they have discharged zinc every quarter for which monitoring was conducted since the fourth quarter of 2019.

197.    On 24 occasions between the fourth quarter of 2019 and the second quarter of 2024, Sims has discharged concentrations of zinc higher than the ISGPs' benchmark value for zinc of 0.16 mg/L from the North Haven Facility, as detailed in the below table.

| Par. No. | Pollutant Criteria | Monitoring Period End Date | Outfall | Benchmark Value | Measured Value | Type of Allowance | Limit Exceedance Percent |
|---|---|---|---|---|---|---|---|
| 198. | Zinc | 12/31/2019 | 2 | 0.16 mg/L | 0.61 mg/L | Maximum | 381% |
| 199. | Zinc | 12/31/2019 | 3 | 0.16 mg/L | 0.24 mg/L | Maximum | 150% |
| 200. | Zinc | 6/30/2020 | 2 | 0.16 mg/L | 0.17 mg/L | Maximum | 106% |
| 201. | Zinc | 12/31/2020 | 2 | 0.16 mg/L | 1.7 mg/L | Maximum | 1,063% |
| 202. | Zinc | 12/31/2020 | 3 | 0.16 mg/L | 0.56 mg/L | Maximum | 350% |
| 203. | Zinc | 6/30/2021 | 2 | 0.16 mg/L | 0.82 mg/L | Maximum | 513% |
| 204. | Zinc | 6/30/2021 | 3 | 0.16 mg/L | 0.64 mg/L | Maximum | 400% |
| 205. | Zinc | 12/31/2021 | 2 | 0.16 mg/L | 4.9 mg/L | Maximum | 3,063% |
| 206. | Zinc | 12/31/2021 | 3 | 0.16 mg/L | 0.3 mg/L | Maximum | 188% |
| 207. | Zinc | 6/30/2022 | 2 | 0.16 mg/L | 2.8 mg/L | Maximum | 1,750% |
| 208. | Zinc | 6/30/2022 | 3 | 0.16 mg/L | 0.61 mg/L | Maximum | 381% |
| 209. | Zinc | 3/31/2023 | 2 | 0.16 mg/L | 0.31 mg/L | Maximum | 194% |
| 210. | Zinc | 3/31/2023 | 3 | 0.16 mg/L | 0.29 mg/L | Maximum | 181% |
| 211. | Zinc | 6/30/2023 | 2 | 0.16 mg/L | 1.2 mg/L | Maximum | 750% |
| 212. | Zinc | 6/30/2023 | 3 | 0.16 mg/L | 0.32 mg/L | Maximum | 200% |
| 213. | Zinc | 9/30/2023 | 2 | 0.16 mg/L | 0.92 mg/L | Maximum | 575% |
| 214. | Zinc | 9/30/2023 | 3 | 0.16 mg/L | 0.91 mg/L | Maximum | 569% |
| 215. | Zinc | 12/31/2023 | 2 | 0.16 mg/L | 0.5 mg/L | Maximum | 313% |
| 216. | Zinc | 12/31/2023 | 3 | 0.16 mg/L | 0.3 mg/L | Maximum | 188% |
| 217. | Zinc | 3/31/2024 | 2 | 0.16 mg/L | 1.1 mg/L | Maximum | 688% |
| 218. | Zinc | 3/31/2024 | 3 | 0.16 mg/L | 0.48 mg/L | Maximum | 300% |
| 219. | Zinc | 6/27/2024 | 2 | 0.16 mg/L | 2.9 mg/L | Maximum | 1,813% |
| 220. | Zinc | 6/27/2024 | 3 | 0.16 mg/L | 0.29 mg/L | Maximum | 181% |
| 221. | Zinc | 9/27/2024 | 2 | 0.16 mg/L | 2.7 mg/L | Maximum | 1,688% |

222.    On 19 occasions since the fourth quarter of 2019, Sims' average of four quarterly zinc samplings results at the North Haven Facility have exceeded the ISGPs' benchmark value of

0.16 mg/L, as detailed in the below table.

223.    On 19 occasions since the fourth quarter of 2019, Sims have triggered the ISGPs'

corrective action requirements at the North Haven Facility through four-quarter average zinc

sampling results that exceeded the ISGPs' benchmark.

| Par. No. | Pollutant Criteria | Date Corrective Action Triggered | Outfall | Benchmark Value | Average of Four Previous Measurements |
|----------|-------------------|----------------------------------|---------|-----------------|----------------------------------------|
| 224. | Zinc | 4/15/2021 | 2 | 0.16 mg/L | 0.825 mg/L |
| 225. | Zinc | 11/12/2021 | 2 | 0.16 mg/L | 1.8975 mg/L |
| 226. | Zinc | 11/12/2021 | 3 | 0.16 mg/L | 0.435 mg/L |
| 227. | Zinc | 6/22/2022 | 2 | 0.16 mg/L | 2.555 mg/L |
| 228. | Zinc | 6/22/2022 | 3 | 0.16 mg/L | 0.5275 mg/L |
| 229. | Zinc | 3/28/2023 | 2 | 0.16 mg/L | 2.2075 mg/L |
| 230. | Zinc | 3/28/2023 | 3 | 0.16 mg/L | 0.46 mg/L |
| 231. | Zinc | 6/28/2023 | 2 | 0.16 mg/L | 2.3025 mg/L |
| 232. | Zinc | 6/28/2023 | 3 | 0.16 mg/L | 0.38 mg/L |
| 233. | Zinc | 9/18/2023 | 2 | 0.16 mg/L | 1.3075 mg/L |
| 234. | Zinc | 9/18/2023 | 3 | 0.16 mg/L | 0.5325 mg/L |
| 235. | Zinc | 12/18/2023 | 2 | 0.16 mg/L | 0.7325 mg/L |
| 236. | Zinc | 12/18/2023 | 3 | 0.16 mg/L | 0.455 mg/L |
| 237. | Zinc | 3/28/2024 | 2 | 0.16 mg/L | 0.93 mg/L |
| 238. | Zinc | 3/28/2024 | 3 | 0.16 mg/L | 0.5025 mg/L |
| 239. | Zinc | 6/27/2024 | 2 | 0.16 mg/L | 1.355 mg/L |
| 240. | Zinc | 6/27/2024 | 3 | 0.16 mg/L | 0.495 mg/L |
| 241. | Zinc | 9/27/2024 | 2 | 0.16 mg/L | 1.8 mg/L |
| 242. | Zinc | 9/27/2024 | 3 | 0.16 mg/L | 0.2975 mg/L |

Monitoring and Reporting Violations

243.    Sims has failed to conduct required quarterly benchmark monitoring at the North Haven

Facility for the following pollutant criteria, on the following dates, and from the following

outfalls:

| Par. No. | Pollutant | Monitoring Period End Date | Outfall | Type of Monitoring and Reporting Requirement |
|----------|-----------|----------------------------|---------|----------------------------------------------|
| 244. | COD | 12/31/2019 | 2 | Benchmark |
| 245. | Iron | 3/31/2020 | 2 | Benchmark |
| 246. | Zinc | 6/30/2020 | 3 | Benchmark |
| 247. | COD | 6/30/2020 | 2 | Benchmark |
| 248. | COD | 12/31/2020 | 2 | Benchmark |
| 249. | Iron | 3/31/2021 | 2 | Benchmark |

| 250. | Zinc | 6/30/2021 | 3 | Benchmark |
| 251. | COD | 6/30/2021 | 2 | Benchmark |
| 252. | COD | 12/31/2021 | 2 | Benchmark |
| 253. | COD | 6/30/2022 | 2 | Benchmark |
| 254. | Iron | 9/30/2022 | 2 | Benchmark |
| 255. | Iron | 12/31/2022 | 2 | Benchmark |
| 256. | Zinc | 12/31/2022 | 3 | Benchmark |
| 257. | TKN | 12/31/2022 | 2 | Benchmark |
| 258. | COD | 12/31/2022 | 2 | Benchmark |
| 259. | Semivolatile Hydrocarbons | 12/31/2022 | 2 | Benchmark |
| 260. | PCBs | 12/31/2022 | 2 | Benchmark |
| 261. | Semivolatile Hydrocarbons | 12/31/2022 | 3 | Benchmark |
| 262. | PCBs | 12/31/2022 | 3 | Benchmark |
| 263. | Iron | 6/30/2023 | 2 | Benchmark |
| 264. | COD | 6/30/2023 | 2 | Benchmark |
| 265. | COD | 12/31/2023 | 2 | Benchmark |
| 266. | COD | 6/30/2024 | 2 | Benchmark |

Unauthorized Discharges from the New Haven Facility

267.    Sims' activities at the New Haven Facility include the receiving, processing, and distribution of non-source separated, non-liquid recyclable wastes, including ferrous and nonferrous metals. ISGPs at 47.

268.    Sims' activities at the New Haven Facility include activities which are classified by the ISGP as Sector E: Scrap Recycling Facilities. *Id*. at 46–47.

269.    Sims has not applied for authorization to discharge under the ISGP or an individual NPDES Permit.

270.    Sims has not submitted an ISGP registration form to CT DEEP for the New Haven Facility.

271.    Sims has not submitted a No-Exposure Certification to CT DEEP for the New Haven Facility.

272.    Sims is not authorized to discharge stormwater associated with industrial activities from the New Haven Facility into waters of the United States either by the ISGP or an individual NPDES Permit.

273.    On days of precipitation, water collects at the south corner of the New Haven Facility.

274.    Sims uses haybales and concrete barriers at the New Haven Facility in an unsuccessful attempt to contain stormwater flow.

275.    Upon information and belief, stormwater flows through gaps between the haybales and concrete barriers at the New Haven Facility and into the West River via channels or rivulets on the riverbank.

276.    The following photograph taken at the southern edge of the New Haven Facility in March 2024 following a rainstorm shows rusty pieces of metal in a deep puddle of stormwater bordered only by haybales and concrete barriers.

277.    The orange arrow in the below photograph points out a gap between the concrete barriers.



278.    Upon information and belief, Sims has discharged and continues to discharge stormwater associated with industrial activities from the New Haven Facility into waters of the United States.

## THE FACILITIES' HARMS TO CLF'S MEMBERS

279.    Sims' discharges of pollutants from the Facilities into the Little River, the Quinnipiac River, and the West River have degraded the health of the rivers and contributed to their impairments in a way that diminishes the use and enjoyment of the waterbodies by CLF's members.

280.    Excess nitrogen, including excess total Kjeldahl nitrogen (TKN), in freshwater ecosystems contributes to eutrophication and harmful algal outbreaks. Eutrophication is a process that occurs when a waterbody's vegetation overgrows in response to excess phosphorus and nitrogen, depleting the dissolved oxygen in the water column and endangering aquatic life.

281.    Iron solids in the water smother invertebrates, microbes, and eggs; impair the respiration of aquatic animals; and decrease reproduction rates. Iron harms humans both as a substance that is toxic in high amounts and as a nuisance. Iron in drinking water impairs taste, clogs pipes, and causes stains.

282.    Zinc is toxic to humans and aquatic organisms in high amounts, and it reacts with chemicals like cadmium to intensify their toxicity. Zinc bioaccumulates in aquatic animals. When ingested, zinc may cause health problems in humans, including brain damage, infertility and developmental issues, pancreatic damage, anemia, nausea, vomiting, and stomach cramps.

283.    CLF's members are concerned with the health impacts of heavy metal pollution from direct contact with waters downstream from the Facilities.

284.    CLF's members are concerned about the health impacts of heavy metal pollution on wildlife that they enjoy observing on the Little, Quinnipiac, and West Rivers.

285.    The presence of odor, unnatural color, scum, foam, and diminished water clarity adversely affect the aesthetic enjoyment of the Little, Quinnipiac, and West Rivers by CLF's

members.

## CLAIMS FOR RELIEF

286.     Plaintiff incorporates the allegations in the above paragraphs into each count below as though fully set forth herein.

287.     In light of Defendants' history of violations, and absent court-ordered relief, Defendants will continue to violate the following provisions of the ISGPs and the Clean Water Act in the future unless and until enjoined from doing so.

288.     Defendants' violations of federal and state law have harmed, are harming, and will continue to harm Plaintiff's members.

289.     Upon information and belief, additional information from Defendants and other sources not yet publicly available will reveal additional violations and will reveal additional information about the violations described.

290.     Each day that Defendants have violated or continue to violate the following requirements and/or provisions is a separate and distinct violation of the ISGPs and/or Section 301(a) of the Clean Water Act, 33 U.S.C. § 1311(a).

Count I: Failure to Take Corrective Actions Following Triggering Events

291.     The average of four quarterly sampling results exceeded the applicable benchmark values or an exceedance of the annual average was mathematically certain 41 times at the North Haven Facility.

292.     Defendants were required to take corrective actions at least 41 times at the North Haven Facility.

293.     Defendants did not take corrective action as required by the ISGPs following the triggering events listed in Paragraphs 288–89 above.

294.     Upon information and belief, following the triggering events, including those listed in

Paragraphs 289–90 above, Defendants did not review and revise the Stormwater Pollution Prevention Plans for the North Haven Facility.

295.    Upon information and belief, following the triggering events, including those listed in Paragraphs 289–90 above, Defendants did not immediately take all reasonable steps to minimize or prevent the discharge of pollutants until it could implement a permanent solution.

Count II: Failure to Use Control Measures to Minimize Pollutant Discharges

296.    Defendants have failed and continue to fail to select, design, install, and implement control measures to minimize pollutant discharges.

297.    Upon information and belief, Defendants have failed to comply with the pollutant control measures required in Section 5(b) of the ISGPs, including but not limited to provisions related to minimizing exposure, good housekeeping measures, maintenance of control measures, leaks and spills, control of sediment discharge, and dust generation.

298.    Defendants have discharged pollutants in excess of the benchmark values in the ISGPs at least 51 times at the North Haven Facility.

299.    Defendants' repeated and continuous discharges of pollutants in excess of the benchmark values in the ISGP at the North Haven Facility demonstrate their failure to comply with the ISGPs' pollutant control measures and their failure to use control measures to minimize pollutant discharges.

Count III: Unlawful Discharges Causing Violation of Water Quality Standards

300.    Upon information and belief, Sims has discharged, and will continue to discharge, pollutants (including but not limited to discharges of semi-volatile hydrocarbons, iron, zinc, TKN, organic materials measured as COD, PCBs, and other odiferous and discolored pollutants) from the New Haven Facility that have contributed to, and will continue to contribute to,

26

degradation of the West River including the violation of Connecticut water quality standards.

301.    Upon information and belief, Sims' discharge of pollutants from the New Haven Facility has contributed to the impairments of the West River at waterbody segment CT-C1_015-SB for aesthetic use, recreation, and natural habitats from low dissolved oxygen levels, nutrient pollution, and oil and grease.

302.    Defendants have caused or contributed to violations of Connecticut state water quality standards contained in RCSA § 22a-426-9(a)(1) as described in Paragraphs 56–62 above.

303.    Every state surface water quality standard violation constitutes a separate and distinct violation of the ISGPs and the Clean Water Act.

### Count IV: Failure to Comply with Monitoring and Reporting Requirements

304.    Defendants have failed to conduct required quarterly benchmark monitoring at the North Haven Facility at least 23 times since the fourth quarter of 2019.

### Count V: Discharge Without a Permit from the New Haven Facility

305.    Defendants' industrial activities at the New Haven Facility have resulted in, and continue to result in, "stormwater discharge associated with industrial activity," within the meaning of 40 C.F.R. § 122.26(b)(14), to waters of the United States on—upon information and belief—every day of precipitation greater than 0.1 inches and every instance of snowmelt.

306.    Defendants' discharges of stormwater associated with industrial activity ("industrial stormwater discharges") are discharges of pollutants within the meaning of 33 U.S.C. § 1362(12).

307.    Defendants' industrial stormwater discharges at the New Haven Facility are "point source" discharges into waters of the United States.

308.    Industrial stormwater discharges at the New Haven Facility have caused and continue to

cause discharges of pollutants to waters of the United States in violation of Section 301(a) of the CWA, 33 U.S.C. § 1311(a).

309.    Upon information and belief, Defendants have been discharging into the West River at the New Haven facility without the authorization of the ISGP or other valid NPDES permit as required by CWA Section 301(a), 33 U.S.C. § 1311(a), and Section 402 of the CWA, 33 U.S.C. § 1342.

310.    Each and every day on which Defendants have discharged and continue to discharge industrial stormwater from the New Haven Facility without authorization under a valid NPDES permit constitutes a separate and distinct violation of Section 301(a) of the CWA, 33 U.S.C. § 1311(a), and Section 402 of the CWA, 33 U.S.C. § 1342.

## **RELIEF REQUESTED**

Plaintiff respectfully requests that this Court grant the following relief:

a.    Declare, pursuant to 28 U.S.C. § 2201, Defendants to have violated and to remain in violation of the ISGPs, Section 301(a) of the Clean Water Act, 33 U.S.C § 1311(a), and applicable regulations, as alleged in Counts I, II, III, IV, and V of this Complaint;

b.    Determine the number of days of violation committed by Defendants under each Count;

c.    Order appropriate injunctive relief that will bring Defendants into compliance with the requirements of the ISGPs, Section 301(a) of the Clean Water Act, 33 U.S.C § 1311(a), applicable Clean Water Act regulations, and Connecticut water quality standards;

d.    Order Defendants to implement measures to remedy, mitigate, or offset the harm to the environment caused by the violations alleged above;

e.      Assess an appropriate civil penalty against Defendants for each day of violation of

the Clean Water Act and the ISGPs, as provided under Sections 505(a) and 309(d) of the

Clean Water Act, 33 U.S.C. §§ 1365(a) and 1319(d), and its implementing regulations of

33 C.F.R. § 326.5;

f.      Award Plaintiff's costs of litigation, including reasonable attorneys' and expert

witness fees, as provided under Section 505(a) of the Clean Water Act, 33 U.S.C.

§ 1365(d); and

g.      Grant such other relief as this Court may deem appropriate.


Dated: December 10, 2024

<div style="margin-left:40%;">

*/s/ Chelsea Kendall*
Chelsea E. Kendall, Esq.
Heather A. Govern, Esq.
Phoebe DeMeerleer, Esq.
*Pro hac vice motions to be filed*
Conservation Law Foundation, Inc.
62 Summer St.
Boston, MA 02110
(617) 850-1792
ckendall@clf.org

*/s/ Ameya Gehi*
Ameya Gehi, Esq. (ct31327)
Conservation Law Foundation, Inc.
62 Summer St.
Boston, MA 02110
(617) 850-1795
agehi@clf.org

ATTORNEYS FOR PLAINTIFF

</div>

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 10, 2024, the foregoing document was filed through the ECF system, by which means a copy of the filing will be sent electronically to all parties registered with the ECF system.

<div align="right">
<u>/s/ Ameya Gehi</u><br>
Ameya Gehi
</div>