# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| CONSERVATION LAW FOUNDATION, INC. | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 3:24-cv-01961-VDO |
| SIMS GROUP USA CORPORATION, SIMS GROUP USA HOLDINGS CORPORATION, SMM NEW ENGLAND CORPORATION, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 7(e), Plaintiff Conservation Law Foundation, Inc. ("CLF") hereby moves that this Court allow Ameya Gehi to withdraw as counsel for Plaintiff in the above-captioned matter. Attorney Gehi has provided CLF actual notice, including through actual notice to CLF's counsel appearing in this action, that she will be leaving employment as an attorney at CLF on January 30, 2026. This motion is filed with the consent of CLF and its counsel. Plaintiff CLF will continue to be represented in this matter by the additional attorneys listed below. No party will be prejudiced by granting Ms. Gehi's withdrawal.

Attorney Gehi wishes to convey that it has been her privilege to represent CLF in this matter before this Honorable Court.

Dated: January 30, 2026

/s/ *Ameya Gehi*
Ameya Gehi (ct31327)
Heather A. Govern* (pro hac vice motion filed)
Conservation Law Foundation, Inc.
62 Summer Street

1

Boston, MA 02110
(617) 850-1795
agehi@clf.org
(617) 850-1765
hgovern@clf.org

*Admitted as Visiting Attorney*